UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ART PRADO, | ) | Case No. CV 15-8999 GW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TIM PEREZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: March 22, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE